# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

FILED
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ROBERT THOMAS

**Defendant(s):** PARTHA GHOSH, et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Robert Thomas
N-53969
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV4644**
**JUDGE GOTTSCHALL**
**MAG. JUDGE SCHENKIER**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [x] No

**Signature:** /s/

**Date:** 8/15/08