FILED
AUG 1 9 2008
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Robert Thomas
_____
Plaintiff

v.

Partha Ghosh, M.D., et. al,
_____
Defendant(s)

08cv4644
JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __ROBERT THOMAS N53969__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/~~petition/motion/appeal~~. In support of this ~~petition~~/application/~~motion/appeal~~, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
    I.D. # __N53969__  Name of prison or jail: STATEVILLE CORR. CENTER
    Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $3-10
    unassigned State pay, depends on institutional lock-downs

2.  Are you currently employed?  ☐Yes  ☒No
    Monthly salary or wages: N/A
    Name and address of employer: N/A

    a.  If the answer is "No":
        Date of last employment: N/A  been incarcerated for over 20 yrs.
        Monthly salary or wages: N/A
        Name and address of last employer: N/A

    b.  Are you married?  ☐Yes  ☒No
        Spouse's monthly salary or wages: N/A
        Name and address of employer: N/A

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                    ☐Yes  ☒No
        Amount_____ Received by_____

    b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
Amount _____ Received by _____

    c. ☐ Rent payments, ☐ interest or ☐ dividends ☐ Yes ☒ No
Amount _____ Received by _____

    d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes ☒ No
Amount _____ Received by _____

    e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
Amount _____ Received by _____

    f. ☐ Any other sources (state source: _____) ☐ Yes ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No   Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property: _____ N/A _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property: _____ N/A _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes ☒ No
Property: _____ N/A _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____ N/A _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 08-05-08

_Robert Thomas_
Signature of Applicant

ROBERT THOMAS
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 7/18/02

Date : 6/5/2008　　　　　　　　　　　Stateville Correctional Center　　　　　　　　　Page 1 of 1
Time : 10:12:51　　　　　　　　　　　　　　　　Trust Fund
**CHAMP**　　　　　　　　　　　　　　　Inmate Transaction Statement
　　　　　　　　　　　　　　　　　　　　12/1/2007 to 6/5/2008

**Inmate: N53969 Thomas, Robert**　　　　　　　　**Housing Unit: STA-C -04-48**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Beginning Balance:** |  | 102.81 |
| 12/04/07 | Point of Sale | 60 Commissary | 338783 | 515707 | Commissary | -4.84 | 97.97 |
| 12/06/07 | Disbursements | 80 Postage | 340390 | Chk #137493 | g1205265, DOC: 523 Fund Inmate, Inv. Date: 12/05/2007 | -2.46 | 95.51 |
| 12/06/07 | Disbursements | 88 headphone repair | 340390 | Chk #137511 | C1205039, Koss, Inv. Date: 12/05/2007 | -6.00 | 89.51 |
| 12/11/07 | Point of Sale | 60 Commissary | 3457142 | 516739 | Commissary | -83.71 | 5.80 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 |  | P/R month of 11/2007 | 8.16 | 13.96 |
| 01/03/08 | Disbursements | 90 Medical Co-Pay | 003390 | Chk #137986 | j0102016, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -2.00 | 11.96 |
| 01/03/08 | Point of Sale | 60 Commissary | 0037137 | 519765 | Commissary | -11.62 | .34 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 |  | P/R month of 12/2007 | 8.16 | 8.50 |
| 01/11/08 | Point of Sale | 60 Commissary | 0117142 | 520855 | Commissary | -4.80 | 3.70 |
| 01/16/08 | Mail Room | 01 MO/Checks (Not Held) | 0162164 | 11836420424 | Bilodeau, Doris | 25.00 | 28.70 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217142 | 522284 | Commissary | -22.76 | 5.94 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 0232175 | 11172683992 | Bilodeau, Doris | 35.00 | 40.94 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | g0123029, DOC: 523 Fund Inmate, Inv. Date: 01/23/2008 | -.82 | 40.12 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297142 | 523269 | Commissary | -38.10 | 2.02 |
| 01/31/08 | Disbursements | 80 Postage | 031337 | Chk #138533 | g0129037, DOC: 523 Fund Inmate, Inv. Date: 01/29/2008 | -.41 | 1.61 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 |  | P/R month of 01/2008 | 9.32 | 10.93 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526368 | Commissary | -8.20 | 2.73 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 |  | P/R month of 02/2008 | 9.52 | 12.25 |
| 03/11/08 | Disbursements | 93 R & C - UPS | 071390 | Chk #139208 | C0221061, Central Inmate Benef, Inv. Date: 02/21/2008 | -4.89 | 7.36 |
| 03/18/08 | Point of Sale | 60 Commissary | 0787137 | 529967 | Commissary | -5.60 | 1.76 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 0862164 | 12106347377 | Bilodeau, Doris | 35.00 | 36.76 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 |  | P/R month of 03/2008 | 7.82 | 44.58 |
| 04/08/08 | Point of Sale | 60 Commissary | 099783 | 531678 | Commissary | -7.17 | 37.41 |
| 04/15/08 | Point of Sale | 60 Commissary | 1067137 | 532769 | Commissary | -36.34 | 1.07 |
| 05/08/08 | Mail Room | 01 MO/Checks (Not Held) | 1292175 | 12106552397 | Bilodeau, Doris | 35.00 | 36.07 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 |  | P/R month of 04/2008 | 4.08 | 40.15 |
| 05/16/08 | Point of Sale | 60 Commissary | 1377137 | 537658 | Commissary | -39.13 | 1.02 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | W522 021, DOC: 523 Fund Librar, Inv. Date: 05/22/2008 | -.45 | .57 |

|  |  |
|---|---|
| **Total Inmate Funds:** | .57 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .57 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |