IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 19 2008
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT THOMAS, )
) 
       Plaintiff, )
)
v. ) 08cv4644
) JUDGE GOTTSCHALL
PARTHA GHOSH, et al., ) MAGISTRATE JUDGE SCHENKIER
)
       Defendants. )

REQUEST FOR FORMA PAUPERIS STATUS
AND LEAVE TO PAY IN PARTIAL PAYMENTS

Now comes plaintiff, Robert Thomas, pro se and request this Honorable Court to grant him forma pauperis status and allow him to pay a certain percentage per month from his prison account, as proscribed by law.

In support thereof, it is stated:

1. That plaintiff Thomas is incarcerated at the Stateville Correctional Center situated in Joliet, Illinois.

2. That the prison has been on lock-down status since March 19, 2008.

3. That plaintiff Thomas asked his counselor today to fill-out the forma pauperis form and obtain a 6 month audit.

4. That plaintiff 2 year limitation period expires August 15, 2008.

5. Plaintiff will forward the documents to the Court as soon as counselor Cannon process them.

WHEREFORE, plaintiff Thomas humbly request that this Court will grant him forma pauperis and allow him to pay the fee in partial payments. Thus, filing his complaint to meet the deadline.

                                                             _Robert Thomas_

- 2 -

STATE OF ILLINOIS  )
                   )
COUNTY OF WILL     )

### AFFIRMATION

I, <u>ROBERT THOMAS</u>, affirm under the penalties of perjury that the foregoing document is true and correct, that plaintiff is rushing to meet the statute of limitation deadline, although his finger is casted and surgery is pending. That the contents are true and correct to the best of my knowledge and belief.

                                                   *Robert Thomas*
                                                   Robert Thomas, affiant

Dated; 08-05-08