IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 26 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT THOMAS, )
　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　)
v. ) No. 08 CV 4644
　　　　　　　　　　　　　　)
PARTHA GHOSH, M.D., et. al, ) Honorable
　　　　　　　　　　　　　　) Joan B. Gottschall,
　　　　　　Defendants. ) Judge Presiding

### NOTICE OF FILING

TO:  Clerk
　　　U.S. District Court
　　　219 S. Dearborn Street
　　　Chicago, Illinois 60604

　　PLEASE TAKE NOTICE that on August 19, 2008, I have caused to be filed the requisite number of copies and original of my pro se MOTION FOR FORMA PAUPERIS STATUS, filed with the Clerk of the U.S. District Court, at the above-listed address. A copy of which is hereby being served upon you.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_Robert Thomas_
　　　　　　　　　　　　　　　　　Robert Thomas, plaintiff
　　　　　　　　　　　　　　　　　Register No. N-53969
　　　　　　　　　　　　　　　　　Post Office Box 112
　　　　　　　　　　　　　　　　　Joliet, Illinois 60434-

### CERTIFICATE OF SERVICE

　　I, ROBERT THOMAS, do hereby certify that I have caused to be served on the party listed-above copies of the aforementioned document by placing same in the U.S. Mail through the mailroom situated at the Stateville Correctional Center on August 19, 2008, awaiting postage and delivery by the State.

　　　　　　　　　　　　　　　　　_Robert Thomas_
　　　　　　　　　　　　　　　　　Robert Thomas, affiant

### AFFIRMATION

　　I, ROBERT THOMAS, do hereby affirm under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

　　　　　　　　　　　　　　　　　_Robert Thomas_
　　　　　　　　　　　　　　　　　Robert Thomas, affiant

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 26 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT THOMAS, )
          Plaintiff, )
v. ) No. 08 CV 4644
PARTHA GHOSH, M.D., et. al, )
          Defendants, ) Honorable
           ) Joan B. Gottschall,
           ) Judge Presiding

REQUEST FOR FORMA PAUPERIS STATUS

Comes now the plaintiff, ROBERT THOMAS, pro se, and request this Honorable Court to grant him leave to proceed in forma pauperis in this matter.

In support thereof, it is stated:

1. On August 8, 2008, plaintiff Thomas placed into mail, his complaint filed pursuant to Title 42, Section 1983 under the Civil Rights Act.

2. In addition, plaintiff Thomas prepared a similar motion requesting this Court for pauperis status to enable his complaint to be timely and properly filed being that the two (2) year statute of limitations filing deadline was nearing. Plaintiff was unable to send a complete six month audit of his prison account and completed forma pauperis form as required. Instead, he explained that the requested materials were being processed and will be forthcoming.

3. Plaintiff Thomas received from his counselor, a six month audit from hisprison account and completed forma pauperis form from July 30, 2008 request today.

- 1 -

4. Plaintiff had patiently awaited the process of the requested items... six month audit of account and completion of forma pauperis form.

5. On August 18, 2008, plaintiff Thomas wrote a letter to his counselor, Warden. Counselor Supervisor and Business Office Supervisor regarding my futile attempts in obtaining the requested materials and this action seems to have retaliation factors. SEE ATTACHED LETTERS.

WHEREFORE, plaintiff Thomas prays that this Honorable Court will consider the aforegoing documents and grant him leave to proceed in forma pauperis. In addition, that the Court will order the Clerk to notify the Business Office here at the Stateville Correctional Center to deduct a certain amount of money from his prison account monthly to go towards the payment of the filing fee in this cause.

Respectfully submitted,

*Robert Thomas*

Robert Thomas, plaintiff
Stateville Corr. Center
Post Office Box 112
Register No. N53969
Joliet, Illinois 60434-0112

Dated:   August 19, 2008

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

ROBERT THOMAS
_____
Plaintiff

v.

PARTHA GHOSH, et al.
_____
Defendant(s)

CASE NUMBER __08 CV 4644__

JUDGE __GOTTSCHALL__

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, __ROBERT THOMAS N53969__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/       In support of this       application       , I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?         ☒Yes        ☐No   (If "No," go to Question 2)
    I.D. #_____ Name of prison or jail:_____
    Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount:_____

2.  Are you currently employed?         ☐Yes        ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer:_____

    b.  Are you married?            ☐Yes        ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                              ☐Yes        ☒No
        Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes     ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)     ☐Yes     ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?     ☐Yes     ☒No     Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?     ☐Yes     ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐Yes     ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes     ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

## BUSINESS OFFICE REQUEST

NAME OF INMATE: *Thomas*   NUMBER: *N53969*   CELL: _____

---

(A)   PROBLEM OR AREA OF INQUIRY (Please circle)

   1 - CURRENT BALANCE

   2 - AUDIT

   3 - COMMISSARY CLAIM

   4 - VOUCHER TRACE

   5 - OTHER

---

(B)   INFORMATION RELATING TO THE PROBLEM OR REQUEST




---

(C)   COUNSELOR: *C Cannon*  DATE *8/6/08*  CASEWORK SUPERVISOR: _____ DATE: _____

---

(D)   BUSINESS OFFICE RESPONSE




SIGNATURE: _____   DATE: _____

RETURN FORM TO CLINICAL SERVICES

DCA 2691  IL 426-12906 (Revised 3/96)

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: July 30, 2008                      *Robert Thomas N53969*
                                          Signature of Applicant

                                          ROBERT THOMAS N53969
                                          (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, *Robert Thomas*, I.D.# *N53969*, has the sum of $ *.50* on account to his/her credit at (name of institution) *Statesville*.

I further certify that the applicant has the following securities to his/her credit: *—*. I further certify that during the past six months the applicant's average monthly deposit was $ *16.50*.
(Add all deposits from all sources and then divide by number of months).

*8-19-08*                                 *T. C.*
DATE                                      SIGNATURE OF AUTHORIZED OFFICER

                                          *T. Cirricione*
                                          (Print name)

rev. 10/10/2007

                                          6 MONTH AUDIT

                        -3-               FILL-OUT AND
                                          RETURN ASAP.
                                          PLEASE

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-18-08                                    _Robert Thomas # N53969_
                                                        Signature of Applicant

                                                 ROBERT THOMAS # N53969
                                                        (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____                              _____
       DATE                                     SIGNATURE OF AUTHORIZED OFFICER

                                                      _____
                                                             (Print name)

rev. 7/18/02

Date: 8/6/2008  
Time: 08:27:35  
**CHAMP**

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  
1/1/2008 to 8/6/2008

Page 1 of 1

**Inmate:** N53969 Thomas, Robert         **Housing Unit:** STA-C-04-48

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 13.96 |
| 01/03/08 | Disbursements | 90 Medical Co-Pay | 003390 | Chk #137986 | j0102016, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -2.00 | 11.96 |
| 01/03/08 | Point of Sale | 60 Commissary | 0037137 | 519765 | Commissary | -11.62 | .34 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 8.50 |
| 01/11/08 | Point of Sale | 60 Commissary | 0117142 | 520855 | Commissary | -4.80 | 3.70 |
| 01/16/08 | Mail Room | 01 MO/Checks (Not Held) | 0162164 | 11836420424 | Bilodeau, Doris | 25.00 | 28.70 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217142 | 522284 | Commissary | -22.76 | 5.94 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 0232175 | 11172683992 | Bilodeau, Doris | 35.00 | 40.94 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | g0123029, DOC: 523 Fund Inmate, Inv. Date: 01/23/2008 | -.82 | 40.12 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297142 | 523269 | Commissary | -38.10 | 2.02 |
| 01/31/08 | Disbursements | 80 Postage | 031337 | Chk #138533 | g0129037, DOC: 523 Fund Inmate, Inv. Date: 01/29/2008 | -.41 | 1.61 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 9.32 | 10.93 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526368 | Commissary | -8.20 | 2.73 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.52 | 12.25 |
| 03/11/08 | Disbursements | 93 R & C - UPS | 071390 | Chk #139208 | C0221061, Central Inmate Benef, Inv. Date: 02/21/2008 | -4.89 | 7.36 |
| 03/18/08 | Point of Sale | 60 Commissary | 0787137 | 529967 | Commissary | -5.60 | 1.76 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 0862164 | 12106347377 | Bilodeau, Doris | 35.00 | 36.76 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 7.82 | 44.58 |
| 04/08/08 | Point of Sale | 60 Commissary | 099783 | 531678 | Commissary | -7.17 | 37.41 |
| 04/15/08 | Point of Sale | 60 Commissary | 1067137 | 532769 | Commissary | -36.34 | 1.07 |
| 05/08/08 | Mail Room | 01 MO/Checks (Not Held) | 1292175 | 12106552397 | Bilodeau, Doris | 35.00 | 36.07 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 40.15 |
| 05/16/08 | Point of Sale | 60 Commissary | 1377137 | 537658 | Commissary | -39.13 | 1.02 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | W522 021, DOC: 523 Fund Librar, Inv. Date: 05/22/2008 | -.45 | .57 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 9.66 | 10.23 |
| 06/12/08 | Point of Sale | 60 Commissary | 1647135 | 541462 | Commissary | -9.31 | .92 |
| 06/16/08 | Mail Room | 01 MO/Checks (Not Held) | 1682175 | 050123 | Williams, Dorothy | 20.00 | 20.92 |
| 06/19/08 | Point of Sale | 60 Commissary | 1717150 | 542360 | Commissary | -19.56 | 1.36 |
| 07/02/08 | Mail Room | 01 MO/Checks (Not Held) | 1842175 | 12107486340 | Bilodeau, Doris | 35.00 | 36.36 |
| 07/08/08 | Point of Sale | 60 Commissary | 1907135 | 543482 | Commissary | -28.86 | 7.50 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 16.14 |
| 07/16/08 | Point of Sale | 60 Commissary | 198721 | 544851 | Commissary | -6.74 | 9.40 |
| 08/01/08 | Point of Sale | 60 Commissary | 214721 | 545883 | Commissary | -4.70 | 4.70 |

| | |
|---|---|
| **Total Inmate Funds:** | 4.70 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 4.70 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

| Date: | 8/13/2008 | | | Stateville Correctional Center | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Time: | 10:25am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: N53969;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N53969 Thomas, Robert**          **Housing Unit: STA-C -04-48**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 13.96 |
| 01/03/08 | Disbursements | 90 Medical Co-Pay | 003390 | Chk #137986 | j0102016, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -2.00 | 11.96 |
| 01/03/08 | Point of Sale | 60 Commissary | 0037137 | 519765 | Commissary | -11.62 | .34 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 8.16 | 8.50 |
| 01/11/08 | Point of Sale | 60 Commissary | 0117142 | 520855 | Commissary | -4.80 | 3.70 |
| 01/16/08 | Mail Room | 01 MO/Checks (Not Held) | 0162164 | 11836420424 | Bilodeau, Doris | 25.00 | 28.70 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217142 | 522284 | Commissary | -22.76 | 5.94 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 0232175 | 11172683992 | Bilodeau, Doris | 35.00 | 40.94 |
| 01/24/08 | Disbursements | 80 Postage | 024390 | Chk #138419 | g0123029, DOC: 523 Fund Inmate, Inv. Date: 01/23/2008 | -.82 | 40.12 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297142 | 523269 | Commissary | -38.10 | 2.02 |
| 01/31/08 | Disbursements | 80 Postage | 031337 | Chk #138533 | g0129037, DOC: 523 Fund Inmate, Inv. Date: 01/29/2008 | -.41 | 1.61 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 9.32 | 10.93 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526368 | Commissary | -8.20 | 2.73 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.52 | 12.25 |
| 03/11/08 | Disbursements | 93 R & C - UPS | 071390 | Chk #139208 | C0221061, Central Inmate Benef, Inv. Date: 02/21/2008 | -4.89 | 7.36 |
| 03/18/08 | Point of Sale | 60 Commissary | 0787137 | 529967 | Commissary | -5.60 | 1.76 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 0862164 | 12106347377 | Bilodeau, Doris | 35.00 | 36.76 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 7.82 | 44.58 |
| 04/08/08 | Point of Sale | 60 Commissary | 099783 | 531678 | Commissary | -7.17 | 37.41 |
| 04/15/08 | Point of Sale | 60 Commissary | 1067137 | 532769 | Commissary | -36.34 | 1.07 |
| 05/08/08 | Mail Room | 01 MO/Checks (Not Held) | 1292175 | 12106552397 | Bilodeau, Doris | 35.00 | 36.07 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 40.15 |
| 05/16/08 | Point of Sale | 60 Commissary | 1377137 | 537658 | Commissary | -39.13 | 1.02 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | W522 021, DOC: 523 Fund Librar, Inv. Date: 05/22/2008 | -.45 | .57 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 9.66 | 10.23 |
| 06/12/08 | Point of Sale | 60 Commissary | 1647135 | 541462 | Commissary | -9.31 | .92 |
| 06/16/08 | Mail Room | 01 MO/Checks (Not Held) | 1682175 | 050123 | Williams, Dorothy | 20.00 | 20.92 |
| 06/19/08 | Point of Sale | 60 Commissary | 1717150 | 542360 | Commissary | -19.56 | 1.36 |
| 07/02/08 | Mail Room | 01 MO/Checks (Not Held) | 1842175 | 12107486340 | Bilodeau, Doris | 35.00 | 36.36 |
| 07/08/08 | Point of Sale | 60 Commissary | 1907135 | 543482 | Commissary | -28.86 | 7.50 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 16.14 |
| 07/16/08 | Point of Sale | 60 Commissary | 198721 | 544851 | Commissary | -6.74 | 9.40 |
| 08/01/08 | Point of Sale | 60 Commissary | 214721 | 545883 | Commissary | -4.70 | 4.70 |
| 08/12/08 | Payroll | 20 Payroll Adjustment | 2251154 | | P/R month of 07/2008 | .34 | 5.04 |

| | |
|---|---:|
| Total Inmate Funds: | 5.04 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.54 |
| Funds Available: | .50 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Date: 8/13/2008     **Stateville Correctional Center**     Page 2
Time: 10:25am     **Trust Fund**
d_list_inmate_trans_statement_composite     Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End;    Inmate: N53969;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N53969 Thomas, Robert**            **Housing Unit: STA-C -04-48**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/06/2008 | g0806082 | Disb | R & C - UPS | 52 Central Inmate Benefit Fund | $4.54 |
| | | | | **Total Restrictions:** | **$4.54** |

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: 02/18/2008 thru End;    Inmate: N53969;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N53969 Thomas, Robert**      **Housing Unit: STA-C -04-48**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 10.93 |
| 02/18/08 | Point of Sale | 60 Commissary | 0497137 | 526368 | Commissary | -8.20 | 2.73 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.52 | 12.25 |
| 03/11/08 | Disbursements | 93 R & C - UPS | 071390 | Chk #139208 | C0221061, Central Inmate Benef, Inv. Date: 02/21/2008 | -4.89 | 7.36 |
| 03/18/08 | Point of Sale | 60 Commissary | 0787137 | 529967 | Commissary | -5.60 | 1.76 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 0862164 | 12106347377 | Bilodeau, Doris | 35.00 | 36.76 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 7.82 | 44.58 |
| 04/08/08 | Point of Sale | 60 Commissary | 099783 | 531678 | Commissary | -7.17 | 37.41 |
| 04/15/08 | Point of Sale | 60 Commissary | 1067137 | 532769 | Commissary | -36.34 | 1.07 |
| 05/08/08 | Mail Room | 01 MO/Checks (Not Held) | 1292175 | 12106552397 | Bilodeau, Doris | 35.00 | 36.07 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 40.15 |
| 05/16/08 | Point of Sale | 60 Commissary | 1377137 | 537658 | Commissary | -39.13 | 1.02 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | W522 021, DOC: 523 Fund Librar, Inv. Date: 05/22/2008 | -.45 | .57 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 9.66 | 10.23 |
| 06/12/08 | Point of Sale | 60 Commissary | 1647135 | 541462 | Commissary | -9.31 | .92 |
| 06/16/08 | Mail Room | 01 MO/Checks (Not Held) | 1682175 | 050123 | Williams, Dorothy | 20.00 | 20.92 |
| 06/19/08 | Point of Sale | 60 Commissary | 1717150 | 542360 | Commissary | -19.56 | 1.36 |
| 07/02/08 | Mail Room | 01 MO/Checks (Not Held) | 1842175 | 12107486340 | Bilodeau, Doris | 35.00 | 36.36 |
| 07/08/08 | Point of Sale | 60 Commissary | 1907135 | 543482 | Commissary | -28.86 | 7.50 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 16.14 |
| 07/16/08 | Point of Sale | 60 Commissary | 198721 | 544851 | Commissary | -6.74 | 9.40 |
| 08/01/08 | Point of Sale | 60 Commissary | 214721 | 545883 | Commissary | -4.70 | 4.70 |
| 08/12/08 | Payroll | 20 Payroll Adjustment | 2251154 | | P/R month of 07/2008 | .34 | 5.04 |
| 08/13/08 | Disbursements | 93 R & C - UPS | 226337 | Chk #141794 | g0806082, Central Inmate Benef, Inv. Date: 08/06/2008 | -4.54 | .50 |

| | |
|---|---|
| Total Inmate Funds: | .50 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .50 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

August 18, 2008

TO: Supervisor
     Business Office

FROM: Robert Thomas N53969
      Unit C-448

RE: REQUEST TO COMPLETE FORMA PAUPERIS FORM
    AND OBTAIN A 6 MONTH AUDIT OF PRISON ACCOUNT


Dear Supervisor,

    Enclosed with my letter, you will find a forma pauperis form which needs to be completed, stating the balance of my prison account. In addition, I need a six-month audit of my prison account.

    A similar request was previously made with my counselor. At this hour, I have not received the requested information. Therefore, I deeply feel that it was a futile attempt.

    I'm presently in dire need of the above-mentioned request in order to have my legal documents properly filed in Court.

    All that is promptly rendered in regard to this matter would be greatly appreciated.


*Robert Thomas N53969*


cc: personal file
    Terry L. McCann, Warden
    Stan Weitzel, Counselor Supervisor
    Chris Cannon, Counselor

August 18, 2008

TO: Terry L. McCann,
Warden - Stateville

FROM: Robert Thomas N53969
Unit C-448

RE: INABILITY TO HAVE FORMA PAUPERIS FORM COMPLETED
AND OBTAIN 6 MONTH AUDIT CAUSED DENIAL OF ACCESS OF COURT

    Very briefly, I'm writing regarding a problem that I'm presently faced with. I deeply feel that I am being deliberately denied access to the Courts because my counselor failed to process a forma pauperis form and obtain a six month audit from my prison account to enable me to file with my legal documents in Federal Court, this is a prerequisite to having documents filed in Federal Court.

    I previously made my initial request to my counselor, Chris Cannon on Tuesday, August 5, 2008 to obtain the above-requested materials. The following week, on August 12, 2008, AS he made his rounds in the cellhouse. My cellmate requested an audit of his account and an inmated housed next to my cell requested an audit and pauperis form completeion and they both received these items within a two-day period.

    I clearly informed my counselor of the importance of obtaining the requested materials in a prompt fashion, that I was approaching a filing deadline... he told me that 'WHEN THEY PROCESS IT, HE'LL SEND IT TO ME'.

    At this hour, I have not received the six month audit of my account or the forma pauperis form that I supplied him with to have completed. Therefore, I've decided to request the Supervisor of the Business Office to handle my request. Please understand that this is a crucial issue, being that the Court will not file my documents beyond the filing date unless I conclusively show that this irregularity was not due to my culpable negligence. I am left with no other recourse and sincerely hope that there will be no form of retaliation from my counselor, or anyone else regarding this matter.

    Enclosed with my letter is my recent communications to my counselor, his supervisor and my request to the Business Office.

    I brought this matter to your immediate attention in hope of obtaining some form of resolution in obtaining the requisite materials to enable me to have my legal documents filed. All that is promptly rendered in regard to this matter would be appreciated greatly. Thank You and Have A Nice Day.

                                                    *Robert Thomas* (signature)

cc: personal file
    Stan Weitzel, Supervisor Counselor
    Chris Cannon, Counselor
    Supervisor, Business Office

August 18, 2008

TO: Stan Weitzel
Counselor Supervisor

FROM: Robert Thomas N53969
Unit C-448

RE: INABILITY TO OBTAIN FORMA PAUPERIS COMPLETION AND OBTAIN 6 MONTH AUDIT OF PRISON ACCOUNT

Dear Sir,

My letter is written to bring to your immediate attention a problem that I'm presently faced with in obtaining a six month audit of my prison account and have my forma pauperis form completed and returned to me. The requested materials is essential towards presenting to the Federal Court for review prior to the proper filing of my legal documents. Being that this prerequisite have not been met, my legal documents have not been filed and my two year statute of limitations for filing this particular documents expired August 15, 2008, or August 26, 2008.

On August 5, 2008, I asked my counselor, Chris Cannon to process my forma pauperis form and include a six month audit. That the requested items were needed as soon as possible to meet a filing deadline. I was assured that 'as soon as the business office process it, I will receive it'.

The following week, on Tuesday, August 12, 2008, I inquired about the above-materials and was told the same 'the equivalent of it's in the mail'... that it hasn't been processed yet. On this particular date, my cellmate and inmate housed in the next cell, requested an audit and audit w/forma pauperis form request. Both inmates obtained their requested materials within a two-day period.

On August 15, 2008, when I approached him about my documents, you told me that 'YOU WERE BUSY TRYING TO HANDLE SOMEONE'S LEGAL PROBLEM'. I guess my problem doesn't qualify. Nevertheless, the requested materials is essential in the filing process in Federal Court and Counselor Cannon's negligence has prohibited me from access to the court.

I intend to file a grievance in this regard, it is needed to show that this irregularity that took place was not due to my culpable negligence.

*Robert Thomas*

cc: personal file
Terry L. McCann, Warden
Chris Cannon, Counselor
Business Office Supervisor

August 18, 2008

TO: Chris Cannon,
Counselor

FROM: Robert Thomas N53969
Unit C-448

RE: INABILITY TO OBTAIN FORMA PAUPERIS COMPLETION
AND SIX MONTH AUDIT OF PRISON ACCOUNT

Mr. Cannon,

Enclosed with my letter si other communications written to your Supervisor and Warden regarding your failure to process my forma pauperis application and obtain a six month audit of my prison account in a timely fashion.

As previously mentioned, the forma pauperis request and audit is essential in a court matter in which I was trying to meet a filing deadline.

Therefore, I'm left with no recourse but to take this course of action to conclusively show that this irregularity was not due to my culpable negligence. This negligence has placed into jeopardy the filing of my document in Federal Court in a timely fashion.

I'm presently forwarding yet another forma pauperis form to the business office requesting a six month audit. I have no other recourse but to do so.

Hopefully, there will be no form of retaliation for my attempt to preserve my access to the court.

*Robert Thomas*