**FILED**
Sep 2, 2008
SEP 2 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Monday, August 25, 2008

Clerk
U.S. District Court
219 S. Dearborn St.
Chicago, Illinois 60604
ATTN: PRISONER CORRESPONDENCE

         RE: Robert Thomas v. Partha Ghosh,
            No. 08 CV 4644
           Honorable Gail B. Gottschall

Dear Prisoner Correspondence,

  Once again, I'm faced with a problem that requires your assistance. On August 8, 2008, I placed in mail my pro se §1983 complaints to be filed. I sent the requisite number of copies for seven (7) defendants and 1 copy for the Court, and the original. In addition, I sent forma pauperis applications w/6 mo. prison audits.

  As a matter of fact, due to the inordinate delay of my counselor obtaining the completed form and 6 mo. audit, when I finally obtained these documents I forwarded them to the Court, just recently.

  Now faced with yet another irregularity... I received in mail today a copy of my Complaint from the plant manager at the Cardiss Collins Processing/Distribution Ctr. stating that this particular document was FOUND LOOSE IN MAIL. I find this very disturbing, when I stacked each complaint on top each other and wrapped two rubberbands around the entire stack of them.. criss-crossed, I sealed and taped the package and placed it in institutional mail. If the package was damaged in any way, logic would predict that the entire stack of documents would have came out of the package together.

  My letter is written to request the SPECIFIC AMOUNT OF EACH DOCUMENT RECEIVED and stamped-received in this matter.

  All that is promptly rendered in regard to this matter would be appreciated greatly. Thank You and Have A Nice Day. I await your reply.

                Sincerely,

                *Robert Thomas*
                Robert Thomas N53969
                Post Office Box 112
cc. personal file       Joliet, IL 60434-0112
   U.S. Postmaster
   Supervisor, Prison Mailroom
   Inmate Grievance

DATE.  August 25, 2008

TO:    Supervisor, Mailroom

FROM.  Robert Thomas N53969
       Unit C-448

RE:    LEGAL MAIL

Dear Mailroom Supervisor,

    On August 8, 2008, I placed into institutional mail a large legal envelope containing my civil complaints being forwarded to federal Court for proper filing.  Prior to placing the package on my cell bars, I specifically wrapped a rubberband around each individual complaint that was not stapled, stacked them (8 copies and original) on top each other and wrapped a large rubberband the side and top of the stack in a criss-cross fashion to keep the documents secured during shipment.  Finally, I seal the envelope and taped it prior to placing the envelope in the cell bars for pick-up.

    Today, at approximately 4:15 p.m., I received in mail, a white envelope containing one (1) single copy of my complaint from the Plant Manager [SEE ATTACHMENT] stating that this document was FOUND LOOSE IN MAIL.  I'm presently attempting to find whether the document was just thrown-in with Stateville's parcel.  It's quite obvious that my LEGAL MAIL PACKAGE was opened and this singular document was separated from the others... for what purpose I cannot say.  My documents were wrapped tightly together, there is no way that one could be separated from the others.

    I'm left with no recourse but to grieve this matter in hope of preventing this irregularity from happening in the future, and I deeply feel that the culprit involved should be rightfully punished.


cc.  personal file
     attachments
     U.S. District Court
     U.S. Postmaster
     Inmate Grievance

Monday, August 25, 2008

Cardiss Collins Processing &
Distribution Center
433 W. Harrison Street, RM. 3086
Chicago, Illinois 60607-9997
ATTN.  PLANT MANAGER

RE: Return of Partial Shipment
Legal Document

Dear Plant Manager,

    I'm presently confined at the Stateville Correctional Center situated in Joliet, IL.  On August 8, 2008, I placed into institutional mail, a legal envelope 13 x 17, containing the requisite number of copies and orginal of my pro se Complaint pursuant to Title 42, Section 1983 under the Civil Rights Act.

    I forwarded approximately eight (8) copies of my complaint and  the original complaint to the U.S. District Court Clerk, 219 S. Dearborn St., Chicago, IL for proper filing.  I've received notice from the Court that my documents were stamped-recieved on August 19, 2008.

    I received in mail today in a 8 x 11 white envelope with an written apology on the back from your office. (SEE ATTACHMENT). I was amazed to discover one (1) solitaire copy of my Complaint w/dental floss instead of rubberband holding it intact) as I had set it.  On a piece of paper someone wrote 'FOUND LOOSE IN MAIL' [SEE ATTACHMENT] and transcribed my mailing address.

    At this hour, I'm totally dumbfounded and confused as to how could this ONE particular document separate itself from the rest, especially when I packed the documents... each complaint were either stapled together and the ones that were not, a dental floss was wrapped around it.  They were stacked upon one another and two large rubberbands were wrapped around the entire package in a criss-cross fashion.  The package was sealed with scotch tape prior to being placed in the mail.

    I very much would like to know exactly how you came into possession of the document, whether it was sent in an "unaddressed' envelope, etc.

    All that is promptly rendered in regard to this matter would be appreciated greatly.  Thank You and Have A Nice Day.  I await your reply.

                                                  Sincerely,

P.S. Your response is needed to assure that your mail was not intercepted.

Robert Thomas N53969
Stateville Correctional Ctr.
Post Office Box 112
Joliet, IL 60434-0112

cc:   personal file/
      U.S. District Court
      U.S. Postmaster
      Supervisor, Prison Mailroom
      Inmate Grievance

NOTICE: This handwritten address was placed inside the white envelope. The address appeared through the window of the envelope.

> Robert Thomas
> Reg. No. N-53969
> Stateville Correctional Center
> Post Office Box 112
> Joliet, IL 60434-0112

> found loose in mail

Cardiss Collins Processing &
Distribution Center
433 W. Harrison St., RM 3086
Chicago, Illinois 60607-9997
Attn: Plant Manager

NOTICE: This package contained a copy of my civil complaint. This is the back side of the envelope.

Received on August 25, 2008 @ approximately 4:15 p.m.

# WE CARE
## US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Plant Manager for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mail-stream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

PLANT MANAGER

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: August 25, 2008 | Offender: (Please Print) ROBERT THOMAS | ID#: N53969 |
|---|---|---|
| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:**

On 08-25-08 at 4.15 p.m., I received in mail a copy of a civil complaint sent to the U.S. District Court on 08-08-08 for filing. Prior to placing in mail, I stacked all 8 copies and the original on top each other, I wrapped two large rubberbands around them in a criss-cross fashion to secure them during shipment. A notation stating FOUND LOOSE IN MAIL was declared (see attachments) from the Plant Manager. Someone in the mailroom opened my sealed package, clearly labelled LEGAL MAIL and purposedly took one copy of the document. They had to separate the one document from the

(OVER)

**Relief Requested:** THAT THE CULPRIT BE PUNISHED TO PREVENT AN IRREGULARITY SUCH AS THIS FROM HAPPENING IN THE FUTURE.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Robert Thomas                    N53969          08/25/08
Offender's Signature              ID#             Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature           Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___     Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

the other documents. It could not have fell out of a damaged package. Furthermore, the other documents were stamped received in Federal Court on 08-19-08. The returned document (copy of civil complaint naming State officials as Defendants) was wrapped with a dental floss used as an alternate to a rubberband. SEE ATTACHMENTS. This is a clear violation of my Constitutional right to access to the courts and retaliation.