Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4644 | **DATE** | **SEP 03 2008** |
| **CASE TITLE** | Robert Thomas (#N-53969) vs. Partha Ghosh, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's renewed motion for leave to proceed *in forma pauperis* [#10] is denied as moot. The court already granted the plaintiff leave to proceed *in forma pauperis* by Minute Order of August 26, 2008.

Docketing to mail notices.

2008 SEP -3 PH 5: 39
U.S. DISTRICT COURT

mjm