# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4644 | **DATE** | 3/31/2009 |
| **CASE TITLE** | Robert Thomas (#N-53969) vs. Partha Ghosh, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. IDOC defendants' motion to dismiss [#35] is granted. Defendants McCann, Garcia, Walker, and Ford are dismissed as defendants pursuant to Fed. R. Civ. P. 12(b)(6). The health care defendants' motion to dismiss or, in the alternative, to strike certain portions of the amended complaint [#46] is denied. The plaintiff's motion to strike [#56] is denied as moot. Defendants Ghosh, Williams, and Halloran are directed to answer or otherwise plead within twenty-one days of the date of this order. The plaintiff's renewed motion for appointment of counsel [#58] is denied. This case is referred to Magistrate Judge Sidney Schenkier for the purpose of conducting settlement proceedings.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|