IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT THOMAS, N53969, | ) | |
| | ) | |
| Plaintiff, | ) | No.08-CV-4644 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| PARTHA GHOSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE EXPERT REPORT

Defendant, PARTHA GHOSH, M.D., by his attorneys, CHARYSH & SCHROEDER, LTD., pursuant to FRCP 6(b), for his motion for extension of time to file an expert report, states as follows:

1. On September 8, 2010, this Court entered an order granting the motion of the defendants, Partha Ghosh, M.D., Latonya Williams, and Kevin C. Halloran, seeking an extension of time, until November 5, 2010, to file their expert report in this matter. This motion was based upon the fact that counsel for the parties had recently entered into discussions which could possibly result in the settlement of the entire case.

2. Since the Court's granting of the above motion, the parties have successfully negotiated the voluntary dismissal of Latonya Williams and Kevin C. Halloran, leaving Partha Ghosh as the sole remaining defendant in the case. (See Court Document #121).

3. In addition to the voluntary dismissal of Latonya Williams and Kevin C. Halloran, the parties have also been negotiating a possible settlement with the remaining

defendant, Partha Ghosh, M.D. These negotiations are still ongoing at the present time, with both parties continuing to make progress by means of their counter-demands and counter-offers, with the hope of eventually achieving a settlement concerning the remaining defendant.

4. That although settlement negotiations continue to be productive, plaintiff's counsel has recently retained a private physician to assist him in the evaluation of the case, whose report he is currently awaiting. Plaintiff's incarceration also continues to make it difficult for plaintiff's counsel to effectively communicate with him concerning the status of the settlement negotiations.

5. Additionally, defendant's counsel continues to prefer to avoid the costs of obtaining and providing expert witness reports until such time as it has been determined that there is no possibility of settlement of the case.

6. That based upon the above-mentioned circumstances, this defendant requests a final extension of time to provide his expert witness report, until December 31, 2010.

7. This motion is brought in good faith, and is not made for the purpose of undue delay.

8. That plaintiff's counsel is in agreement with this motion for extension of time.

WHEREFORE, defendant, PARTHA GHOSH, M.D., respectfully requests that this Honorable Court enter an order granting him an extension of time, until December 31, 2010, in which to provide his expert witness reports in this matter.

                                        CHARYSH & SCHROEDER, LTD.

                                        <u>/s/William Michael LeCrone</u>


CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
William Michael LeCrone, ARDC #6182862

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

      The undersigned attorney certifies that on October 29, 2010, this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on October 29, 2010, with proper postage prepaid.

                                              s/ William Michael LeCrone