Law Offices

# Sacks, Goreczny, Maslanka & Costello, P.C.

Susan A. Goreczny
Michael J. Maslanka
Robert Costello

Of Counsel
Marvin Sacks

100 West Monroe Street • Suite 804
Chicago, Illinois 60603-1969
Telephone: (312) 641-2424
Fax: (312) 641-1054
www.sgmclegal.com

December 1, 2010

**VIA HAND DELIVERY**
MR ROBERT THOMAS
N53969
STATEVILLE CORRECTIONAL CENTER
PO BOX 112
JOLIET IL 60434-0112

Re: Thomas v. Ghosh, 08 C 4644

Dear Mr. Thomas:

Confirming our several conversations on the issues of reimbursement of my costs and payment of my attorney's fees, you and I have agreed as follows:

- The settlement that Defendant has agreed to pay to you in this matter, and you agreed to accept in full release and satisfaction of your claims, is the amount of $20,000.00;
- You previously agreed to reimburse me for my chargeable costs in this matter to the extent they are not reimbursed by the court; you understand that in light of the amount of your settlement no reimbursement will be made by the court; and you have reviewed the attached receipts and agree to reimburse me for costs in the amount of $1,515.50 for transcription and transcript fees;
- You agreed to pay me attorneys fees in the amount of $3,484.50, and you have review the attached time record; and
- You have reviewed Local Rule 83.41(b) and agree that I have not proposed that you enter into a binding fee agreement with me nor have I suggested that your agreement to pay fees was a condition of my representation of you in this matter; and your agreement hereto is completely voluntary.

By signing this letter, you will acknowledge receipt of it and agreement with its terms.

Very truly yours,

ROBERT COSTELLO

Agreed: *Robert Thomas*
Robert Thomas          Date
12-09-10

CONTINENTAL REPORTING SERVICE, INC.
ID: 91-1485168
(206) 624-3377  Fax: (206) 623-7228

I N V O I C E

Send Billing Inquiries to:
500 Union Street, Suite 926
Seattle, WA  98101

Remit Payment to:
P.O. Box 50245
Bellevue, WA  98015

Invoice No. :   611190
Invoice Date:   4/16/10

Client ID: 140375
Robert Costello, Esq.
SACKS GORECZNY MASLANKA & COSTELLO
100 West Monroe Street, Suite 804
Chicago IL  60603 USA

TERMS: DUE UPON RECEIPT

Note: Please mail a copy of invoice with payment and include the invoice number from above on the check.

---

RE: ROBERT THOMAS v GHOSH
No: THOMASROB

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| BOONME CHUNPRAYPAPH | 158745.1 | 3/04/2010 | |
| Exhibits, 1 cc | | | 31.50 |
| Transcript, 1 cc | | | 168.00 |
| TOTAL AMOUNT DUE..................$ | | | 199.50 |

Note:

Payment is due upon receipt. Invoices not paid in 30 days shall accrue interest at the rate of 1.5% per month. Continental Reporting shall be entitled to recover all costs and expenses incurred in collecting such amounts, including but not limited to reasonable attorneys' fees.

```
..NENTAL REPORTING SERVICE, INC.                I N V O I C E
  . ID: 91-1485168
(206) 624-3377  Fax: (206) 623-7228
```

Send Billing Inquiries to:                 Remit Payment to:
500 Union Street, Suite 926                P.O. Box 50245
Seattle, WA  98101                         Bellevue, WA  98015

                                           Invoice No. :    612052
                                           Invoice Date:    5/28/10

Client ID: 140375
Robert Costello, Esq.
SACKS GORECZNY MASLANKA & COSTELLO
100 West Monroe Street, Suite 804
Chicago IL  60603 USA

                                  Note: Please mail a copy of invoice
                                        with payment and include the
                                        invoice number from above on
TERMS: DUE UPON RECEIPT                   the check.

---

RE: ROBERT THOMAS v PARTHA GHOSH
No: 08CV4644

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| ROBERT THOMAS | 159671.1 | 4/22/2010 | |
| Delivery and Handling | | | 15.00 |
| Reporting (split) YOUR PORTION | | | 125.00 |
| Transcript, 1 cc | | | 280.00 |
| LA TONYA WILLIAMS | 159671.2 | 4/22/2010 | |
| Transcription, O & 1 | | | 245.00 |
| TOTAL AMOUNT DUE................$ | | | 665.00 |

Note:

Payment is due upon receipt. Invoices not paid in 30 days shall accrue interest at the rate of 1.5% per month. Continental Reporting shall be entitled to recover all costs and expenses incurred in collecting such amounts, including but not limited to reasonable attorneys' fees.

```
 ..NENTAL REPORTING SERVICE, INC.                    I N V O I C E
  .X ID: 91-1485168
 (206) 624-3377 Fax: (206) 623-7228
```

Send Billing Inquiries to:                  Remit Payment to:
500 Union Street, Suite 926                 P.O. Box 50245
Seattle, WA 98101                           Bellevue, WA 98015

                                                    Invoice No. :    612053
                                                    Invoice Date:    5/28/10

Client ID: 140375
Robert Costello, Esq.
SACKS GORECZNY MASLANKA & COSTELLO
100 West Monroe Street, Suite 804
Chicago IL  60603 USA

                                      Note: Please mail a copy of invoice
                                          with payment and include the
TERMS: DUE UPON RECEIPT                     invoice number from above on
                                          the check.

---

RE: ROBERT THOMAS v PARTHA GHOSH
No: 08CV4644

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| PARTHA GHOSH, M.D. | 159672.1 | 4/23/2010 | |
| Transcription, O&1 Medical/Technical | | | 546.00 |
| Reporter Appearance | | | 105.00 |
|        TOTAL AMOUNT DUE.................$ | | | 651.00 |

Note:

Payment is due upon receipt. Invoices not paid in 30 days shall accrue interest at the rate of 1.5% per month. Continental Reporting shall be entitled to recover all costs and expenses incurred in collecting such amounts, including but not limited to reasonable attorneys' fees.

| 12/1/2010 | SACKS, GORECZNY, MASLANKA & COSTELLO P.C. | |
|---|---|---|
| 12:13 PM | User Defined Slip Listing | Page 1 |

## Selection Criteria

| Atto.Selection | Include: RLC |
|---|---|
| Clie.Selection | Include: 09-8637Thomas |
| Refe.Selection | Include: PRO BONO THOMAS V. GHOSH 08 C 4644 |

Clie.Full Name

| Date | Client | Description | Time |
|---|---|---|---|
| 09/17/09 | 09-8637Thomas | REVIEW PLEADINGS/ PREPARE APPEARANCE | 3:00 |
| 10/05/09 | 09-8637Thomas | REVIEW PLEADINGS/ PREPARE APPEARANCE TELEPHONE CONFERENCE WITH ATTORNEY LECRONE | 0:15 |
| 10/13/09 | 09-8637Thomas | TELEPHONE CONFERENCE WITH AND LETTER TO STATEVILLE RE VISIT/ LETTER TO CLIENT/ REVIEW PLEADINGS | 1:30 |
| 10/19/09 | 09-8637Thomas | MEETING W CLIENT AT STATEVILLE | 3:00 |
| 11/12/09 | 09-8637Thomas | TELEPHONE CONFERENCE WITH AND FAX STATEVILLE | 0:15 |
| 11/12/09 | 09-8637Thomas | REVIEW FILE AND NEW MATERIALS FROM ATTORNEY KURTZ | 3:00 |
| 11/18/09 | 09-8637Thomas | TELEPHONE CONFERENCE WITH CLIENT RE VARIOUS MATTERS | 0:30 |
| 12/03/09 | 09-8637Thomas | REVIEW DOCUMENTS AND FACT SUMMARIES FROM CLIENT | 1:00 |
| 12/07/09 | 09-8637Thomas | WORK ON RULE 26 DISCLOSURES/ REVIEW CORRESPONDENCE FROM AND EMAIL TO ATTORNEY LECRONE | 2:00 |
| 12/10/09 | 09-8637Thomas | MEETING WITH JAMES CHAPMAN | 1:00 |
| 12/14/09 | 09-8637Thomas | TELEPHONE CONFERENCE WITH CLAIR AT DR CHUNPRAPAPH | 0:15 |
| 12/14/09 | 09-8637Thomas | EMAIL LE CRONE | 0:15 |
| 12/16/09 | 09-8637Thomas | WORK ON MOTION TO EXTEND DISCOVERY/ EMAIL LECRONE | 1:00 |
| 12/22/09 | 09-8637Thomas | TELEPHONE CONFERENCE WITH COURT DEPUTY RE MOTION TO EXTEND DISCOVERY | 0:15 |
| 01/05/10 | 09-8637Thomas | PREPARE INTERROGATORIES/ PRODUCTION REQUESTS | 4:30 |
| 01/07/10 | 09-8637Thomas | WORK ON DISCOVERY | 4:00 |
| 01/12/10 | 09-8637Thomas | REVIEW FILE/ WORK ON ANSWERS TO DISCOVERY | 3:00 |
| 01/22/10 | 09-8637Thomas | TELEPHONE CONFERENCE WITH CLIENT RE DISCOVERY AND STATUS | 0:30 |
| 01/25/10 | 09-8637Thomas | MEETING WITH CLIENT RE DISCOVERY AND STATUS | 4:00 |
| 02/03/10 | 09-8637Thomas | FINALIZE AND SERVE DISCOVERY RESPONSES | 3:00 |
| 02/16/10 | 09-8637Thomas | LETTER TO CLIENT | 0:15 |
| 02/22/10 | 09-8637Thomas | TELEPHONE CONFERENCE WITH LE CRONE | 0:15 |
| 03/04/10 | 09-8637Thomas | DEPOSITION OF DR CHUNPRAPAPH AND PREPARATION | 3:30 |
| 03/08/10 | 09-8637Thomas | TELEPHONE CONFERENCE WITH CLIENT RE DEPOSITION/ DISCOVERY/ SETTLEMENT/ STATUS | 0:30 |

12/1/2010  
12:13 PM

**SACKS, GORECZNY, MASLANKA & COSTELLO P.C.**  
User Defined Slip Listing

Page 2

Clie.Full Name

| Date | Client | Description | Time |
|---|---|---|---|
| 03/11/10 | 09-8637 Thomas | REVIEW DEFENDANTS' DISCOVERY RESPONSES/ TELEPHONE CONFERENCE WITH LE CRONE/ TELEPHONE CONFERENCE WITH CHAPMAN | 1:30 |
| 03/16/10 | 09-8637 Thomas | MEETING W/ CLIENT | 3:00 |
| 03/17/10 | 09-8637 Thomas | TELEPHONE CONFERENCE WITH LE CRONE/ PREPARE MOTION TO EXTEND DISCOVERY | 0:30 |
| 04/12/10 | 09-8637 Thomas | LETTER TO THOMAS RE DEPOSITIONS | 0:15 |
| 04/19/10 | 09-8637 Thomas | TELEPHONE CONFERENCE WITH THOMAS | 0:30 |
| 04/21/10 | 09-8637 Thomas | MEETING W/ CLIENT, PREPARATION FOR DEPOSITIONS | 6:00 |
| 04/22/10 | 09-8637 Thomas | THOMAS AND WILLIAMS DEPOSITIONS | 8:00 |
| 04/23/10 | 09-8637 Thomas | GHOSH DEPOSITION | 3:30 |
| 06/01/10 | 09-8637 Thomas | COURT APPEARANCE RE STATUS | 0:45 |
| 06/03/10 | 09-8637 Thomas | TELEPHONE CONFERENCE WITH CLIENT RE SETTLEMENT AND OTHER MATTERS | 0:15 |
| 09/13/10 | 09-8637 Thomas | MEETING W/ DR MARDER AND JIM CHAPMAN | 1:45 |
| 11/09/10 | 09-8637 Thomas | COURT APPEARANCE RE STATUS AND MOTION TO EXTEND DISCOVERY | 1:00 |

Grand Total 67.75



### United States District Court
NORTHERN DISTRICT OF ILLINOIS

## LR83.41. Attorney's Fees
Local Rule

**LR83.41. Attorney's Fees**

**(a) Party's Ability to Pay.** Where as part of the process of appointing counsel the judge finds that the party is able to pay for legal services in whole or in part but that appointment is justified, the judge shall include in the order of appointment provisions for any fee arrangement between the party and the appointed counsel.

If appointed counsel discovers after appointment that the party is able to pay for legal services in whole or in part, counsel shall bring that information to the attention of the judge. Thereupon the judge may either (1) authorize the party and counsel to enter into a fee agreement subject to the judge's approval, or (2) relieve counsel from the responsibilities of the order of appointment and either permit the party to retain an attorney or to proceed *pro se*.

**(b) Fee Agreements Prohibited; Exceptions.** Because the representation of the party was not voluntary at its inception and because the party is unrepresented in dealing with appointed counsel, appointed counsel shall, except as otherwise provided in this rule, neither (1) enter into a binding fee arrangement of any type with the party nor (2) make such an arrangement a condition to undertaking or continuing the representation.

Where it appears that a reasonable settlement is possible, appointed counsel may enter into a provisional fee agreement with the party counsel was appointed to represent. Such provisional fee agreement shall be presented to the court for approval.

**(c) Allowance of Fees.** Upon appropriate application by appointed counsel, the judge may award attorney's fees to appointed counsel for services rendered in the action as authorized by applicable statute, regulation, rule, or other provision of law, including case law.

Note: The court does not control nor can it guarantee the accuracy, relevance, timeliness, or completeness of this information. Neither is it intended to endorse any view expressed nor reflect its importance by inclusion in this site.

#CMPID114