IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT THOMAS, N53969,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-4644 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | Magistrate Judge Sidney I. Schenkier |
| **PARTHA GHOSH, et. al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Plaintiff, ROBERT THOMAS, and all of the Defendants, PARTHA GHOSH, MD, LATANYA WILLIAMS and KEVIN C. HALLORAN, all through their respective counsel, and hereby stipulate to the dismissal of this cause against Partha Ghosh, M.D., Latanya Williams and Kevin C. Halloran, pursuant to the attached Release and with prejudice.

Respectfully Submitted,
ROBERT THOMAS

By:_____
   Robert Costello, His Counsel

PARTHA GHOSH, LATANYA WILLIAMS
and KEVIN C. HALLORAN

By:_____
   William Michael LeCrone, Their Counsel

Prepared By:
Robert Costello
Sacks, Goreczny, Maslanka & Costello, P.C.
100 W. Monroe St., Ste. 804
Chicago, IL 60603

## RELEASE OF ALL CLAIMS

In consideration of the payment to the undersigned of $20,000.00 ( TWENTY THOUSAND DOLLARS AND NO CENTS), the receipt of which is hereby acknowledged, the undersigned, being of lawful age, does hereby release and forever discharge, **Partha Ghosh, M.D., Latanya Williams, Kevin C. Halloran, and Wexford Health Sources, Inc.**, as well as their, successors, assigns, attorneys and insurers, from and for any and all actions, causes of action, claims, demands, damages, costs, loss of services, expense and compensation, including, without limitation, any claims for attorney's fees and/or costs, on account of or in any way arising out of, any and all known and unknown personal injuries resulting from or which may result from the incidents or events that plaintiff claims violated his constitutional rights in the action styled **Thomas v. Ghosh, et al.**, case number **08-CV-4644**, currently pending in the United States District Court for the Northern District of Illinois.

IT IS EXPRESSLY AGREED AND UNDERSTOOD that the above-named sum is the sole consideration for this release, and in making this release and agreement it is understood that the undersigned relies upon his own judgment, belief, and knowledge of the nature, extent and duration of his injuries, and that the undersigned has not been influenced to any extent in making this release by any representations or statements regarding his injuries, or regarding any other matters, made by any of the persons, firms or corporations who are hereby released, or by any person or persons representing him or by any physician or surgeon employed by him.

IT IS FURTHER UNDERSTOOD AND AGREED THAT the above payment is made as a compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of any liability therefore, such liability having been expressly denied.

IT IS FURTHER UNDERSTOOD AND AGREED THAT the undersigned shall indemnify and hold harmless all parties released from any and all liens which would attach to the amount paid, said obligation including all costs and attorneys fees incurred by the parties released in defending any claim and/or litigation arising out of such liens.

IT IS FURTHER UNDERSTOOD AND AGREED THAT the terms of this settlement agreement are to remain confidential between the parties and their attorneys. **Robert Thomas** and his attorneys, **Sacks, Goreczny, Maslanka & Costello, P.C.**, agree not to disclose the terms of this settlement and/or the amount paid to any third parties. **Robert Thomas** and his attorneys may disclose this information to their accountants and/or financial advisors, as well as any court and/or governmental agency, if properly compelled to do so. Such disclosures shall only be permitted if the aforementioned individuals and entities first agree to be bound by the terms of this confidentiality agreement, and agree to no further disclosure of this information. Likewise, if disclosure is made to a court or governmental agency, the undersigned shall first give **Charysh & Schroeder, Ltd.** fourteen (14) days written notice of their intent to do so. The aforementioned condition shall not apply to the filing of tax returns. Such prohibition shall include disclosure by oral or written representation, disclosure on any Internet website, and/or through advertising or promotional materials. It is agreed that any violation of this specific covenant by **Robert Thomas** and/or his attorneys will entitle **Partha Ghosh, M.D., Latanya Williams, Kevin C. Halloran, and/or Wexford Health Sources, Inc.**, to relief by way of injunction and/or temporary restraining order. Any such violation shall also entitle **Partha Ghosh, M.D., Latanya Williams, Kevin C. Halloran, and/or Wexford Health Sources, Inc.**, to the collection of all litigation costs and attorney's fees against the person(s) committing the violation occasioned by the enforcement of the covenant/confidentiality provision at issue.

1

This release contains the entire agreement among the parties hereto, and the terms of this release are contractual and not a mere recital. The undersigned has carefully read this release, fully understands it and signs it as his free and voluntary act.

**CAUTION: <u>READ BEFORE SIGNING</u>**

_____
ROBERT THOMAS

SUBSCRIBED AND SWORN before

me this ____9th____ day of

____December____, 2010.

_____
Notary Public

Official Seal
Kristine A. Grieger
Notary Public State of Illinois
My Commission Expires 12/18/2013

2